Melvin S. Nelson, Assignee of Gilbert Nelson, Appellant, v. Martin Powroznik et al., Appellees.
Gen. No. 43,496.

opinion filed November 19, 1946; released for publication December 3, 1946. James H. Burr and Francis M. Lowes, for appellant; Concannon, Dillon, Snook & Arthur, for appellees; Bruce S. Parkhill, of counsel. Opinion by Presiding Justice Sullivan. Not to be published in full.